IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| JEANNE GRAHAM | ) | |
| 611 W. Market Street, Apt 202 | ) | |
| Savannah, MO 64485 | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | Division: |
| vs. | ) | |
| | ) | |
| WAL-MART STORES EAST I, LP | ) | |
| d/b/a WAL-MART #560 | ) | |
| Registered Agent: | ) | |
| CT CORPORATION SYSTEM | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO 63105 | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR DAMAGES**

      **COMES NOW** Plaintiff, Jeanne Graham (hereinafter "Plaintiff"), by and through her attorneys, of the Montee Law Firm, P.C., and for claims against Defendant, Wal-Mart Stores East I, LP d/b/a Wal-Mart #560 (hereinafter "Defendant") states and alleges as follows:

1. This cause of action arose and occurred in St. Joseph, Buchanan County, Missouri.

2. Plaintiff is an individual residing in Savannah, Andrew County, Missouri.

3. Defendant is a Foreign Limited Partnership and is in good standing, operating and existing under the laws of the State of Missouri, and their registered agent can be served as stated in the caption above.

4. All events giving rise to this cause of action occurred at Wal-Mart #560 located at 4201 N. Belt Highway, St. Joseph, Buchanan County, Missouri (hereinafter the "North Belt Wal-Mart").

5. Venue and jurisdiction, therefore, are properly before this Court.

6. On August 25, 2019, Plaintiff was shopping and walking inside the North Belt Wal-Mart.

7. On said date, Plaintiff slipped on water which was on the floor inside the North Belt Wal-Mart, causing her to fall to the ground.

8. The fall to the ground and impact fractured Plaintiff's knee cap.

9. At said time and place, and at all other times relevant to this Petition for Damages, Defendant owned or otherwise controlled the Wal-Mart store located at 4201 N. Belt Highway, St. Joseph, Missouri.

10. Upon information and belief, at said time and place, and at all other times relevant to this Petition for Damages, Defendant was responsible for maintaining the premises located at 4201 N. Belt Highway, St. Joseph, Missouri.

11. On or about August 25, 2019, and at all other times relevant to this Petition for Damages, Defendant, through the acts of their respective agents and/or employees, failed to exercise the reasonable degree of care that someone in the same or similar situation would have used in one or more of the following ways:

    a. Defendant allowed an unsafe condition to be present on the premises located at 4201 N. Belt Highway, St. Joseph, Missouri, despite knowing that shoppers such as Plaintiff would be walking inside the premises;

    b. Defendant failed to use ordinary care to adequately remove spilled water from the premises located at 4201 N. Belt Highway, St. Joseph, Buchanan County, Missouri, causing a foreseeable risk of harm to Plaintiff and others similarly situated;

    c. Defendant failed to warn Plaintiff of the danger presented by the presence of the water spill on the floor through proper signage or by otherwise blocking off the area where the water was present;

d. Defendant failed to otherwise exercise due care with respect to the matters alleged in this complaint.

12. Defendant had a duty to ensure that unsafe conditions, such as the water at-issue in this lawsuit, did not present a foreseeable risk of harm to Plaintiff and other invitees.

13. As a direct and proximate result of the negligent acts of Defendant, as fully described above in paragraph twelve (12), Plaintiff suffered the following permanent, progressive, and disabling injuries: a patellar fracture which required surgical intervention; Plaintiff has suffered and will in the future suffer great pain and anguish; Plaintiff has incurred, and will in the future incur substantial expense for medical attention; all to her damage in an amount **IN EXCESS OF TWENTY-FIVE THOUSAND DOLLARS ($25,000.00).**

**WHEREFORE** Plaintiff Jeanne Graham, prays for judgment against Defendant Wal-Mart Stores East I, LP d/b/a Wal-Mart #560, in an amount in excess of **TWENTY FIVE THOUSAND AND 00/100 DOLLARS ($25,000.00)**, for her costs and expenses incurred and for such other relief as the Honorable Court deems just and proper.

Respectfully submitted,
MONTEE LAW FIRM, P.C.

*/s/ Jeffrey Blackwood*
Jeffrey Blackwood, MO#71445
Amanda Blackwood, MO#65054
James Montee, MO #33489
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 Fax
ablackwood@monteelawfirm.com
jblackwood@monteelawfirm.com
monteelaw@outlook.com

***ATTORNEYS FOR PLAINTIFF***

IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| JEANNE GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | Division: |
| vs. | ) | |
| | ) | |
| WAL-MART STORES EAST I, LP | ) | |
| d/b/a WAL-MART #560 | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the original and two copies of Plaintiff's Opening Interrogatories to Defendant Wal-Mart Stores East I, LP d/b/a Wal-Mart #560, Plaintiff's First Request for Production of Documents to Defendant, a diskette containing copies of the afore-said request for production and a copy of this Certificate of Service were served concurrently with service of the Petition for Damages.

                                                      Respectfully submitted,
                                                      MONTEE LAW FIRM, P.C.

                                                      */s/ Jeffrey Blackwood*
                                                      Jeffrey Blackwood, MO#71445
                                                      Amanda Blackwood, MO#65054
                                                      James Montee, MO #33489
                                                      P.O. Box 127
                                                      St. Joseph, MO 64502
                                                      (816) 364-1650
                                                      (816) 364-1509 Fax
                                                      ablackwood@monteelawfirm.com
                                                      jblackwood@monteelawfirm.com
                                                      monteelaw@outlook.com

                                                      ***ATTORNEYS FOR PLAINTIFF***

IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| JEANNE GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | Division: |
| vs. | ) | |
| | ) | |
| WAL-MART STORES EAST I, LP | ) | |
| d/b/a WAL-MART #560 | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

  COMES NOW Plaintiff, by and through her attorneys, the Montee Law Firm, P.C., and move this Court for an Order pursuant to Rule 54.03 appointing Dennis Dahlberg and/or Mary Dahlberg of Dahlberg & Associates, LLC as special process server on Defendant Wal-Mart Stores East I, LP d/b/a Wal-Mart #560's Registered Agent in the above named cause of action. Plaintiff states that the above-named individual(s) are over the age of eighteen (18) years of age and are not a party in the above captioned matter.

              Respectfully submitted,
              MONTEE LAW FIRM, P.C.

               */s/ Jeffrey Blackwood*
              Jeffrey Blackwood, MO#71445
              Amanda Blackwood, MO#65054
              James Montee, MO #33489
              P.O. Box 127
              St. Joseph, MO 64502
              (816) 364-1650
              (816) 364-1509 Fax
              ablackwood@monteelawfirm.com
              jblackwood@monteelawfirm.com
              monteelaw@outlook.com

              ***ATTORNEYS FOR PLAINTIFF***

## IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| JEANNE GRAHAM ) | |
| ) | |
| Plaintiff, ) | Case No.: 20BU-CV01504 |
| ) | Division: 4 |
| vs. ) | |
| ) | |
| WAL-MART STORES EAST I, LP ) | |
| d/b/a WAL-MART #560 ) | |
| ) | |
| Defendant. ) | |

### ORDER APPOINTING PERSON TO SERVE SUMMONS

Upon the Motion of Plaintiff, by and through her attorney, the Montee Law Firm, P.C., for an Order pursuant to Rule 54.03 appointing Dennis Dahlberg and/or Mary Dahlberg of Dahlberg & Associates, LLC to serve process on Defendant Wal-Mart Stores East I, LP d/b/a Wal-Mart #560's Registered Agent in this case, and the Court, having examined the Motion and being fully advised in the premises. Plaintiff states that the above-named individual(s) are over the age of eighteen (18) years of age and are not a party in the above captioned matter.

**IT IS ORDERED** that Dennis Dahlberg and/or Mary Dahlberg of Dahlberg & Associates, LLC is appointed as the person to serve process on the Defendant Wal-Mart Stores East I, LP d/b/a Wal-Mart #560's Registered Agent in this case.

Date: **Wednesday, April 15, 2020**         /s/K. DOBOSZ, Deputy Clerk
                                                                                 ~~Judge~~



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| **Judge or Division:** DANIEL F KELLOGG | **Case Number:** 20BU-CV01504 |
| **Plaintiff/Petitioner:** JEANNE A GRAHAM <br><br> vs. | **Plaintiff's/Petitioner's Attorney/Address** <br> JEFFREY PAUL BLACKWOOD <br> 6424 BUNKER HILL <br> PARKVILLE, MO  64152 |
| **Defendant/Respondent:** <br> WALMART STORES EAST I, LP D/B/A WALMART #560 | **Court Address:** <br> BUCHANAN CO COURTHOUSE <br> 411 JULES ST <br> SAINT JOSEPH, MO  64501 |
| **Nature of Suit:** <br> CC Pers Injury-Other | **STATUS REVIEW HEARING DATE: 7-13-20 @ 8:30AM, DIV 4** <br><br> (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** WALMART STORES EAST I, LP D/B/A WALMART #560
  **Alias:**
RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

*COURT SEAL OF*

*BUCHANAN COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

__*Wednesday, April 15, 2020*__        _____*/s/K. DOBOSZ, Deputy Clerk*_____
            Date                                                               Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. JOSEPH), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*
My commission expires: _____    _____
                                              Date                                Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $___10.00___ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 20-SMCC-203**   1-1   1 of 1           Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:20-cv-06072-RK   Document 1-1   EXHIBIT A   Filed 05/14/20   Page 7 of 8



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 20BU-CV01504 |
|---|---|
| Plaintiff/Petitioner:<br>JEANNE A GRAHAM<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JEFFREY PAUL BLACKWOOD<br>6424 BUNKER HILL<br>PARKVILLE, MO 64152 |
| Defendant/Respondent:<br>WALMART STORES EAST I, LP D/B/A WALMART #560 | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501 |
| Nature of Suit:<br>CC Pers Injury-Other | **STATUS REVIEW HEARING DATE: 7-13-20 @ 8:30AM, DIV 4** |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: WALMART STORES EAST I, LP D/B/A WALMART #560
Alias:
RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Wednesday, April 15, 2020_         /s/K. DOBOSZ, Deputy Clerk
Date                                 Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
Bonnie L. Love (name) Senior Corporate Operations Intake Specialist (title).
☐ other: _____

Served at CT Corporation System, 120 South Central Avenue Suite 400, Clayton (address)
in St. Louis (County/City of St. JOSEPH), MO, on April 15, 2020 (date) at 1:03 P.M. (time).

_____                              K. Kohlberg
Printed Name of Sheriff or Server            Signature of Sheriff or Server Dennis Dahlberg
                                             Process Server, ps363

Must be sworn before a notary public if not served by an authorized officer:
MARY E. DAHLBERG
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Expires 6/4/2020
Commission #12383723

Subscribed and sworn to before me on April 16, 2020 (date).
My commission expires: 6/4/2020        Mary E. Dahlberg
                       Date             Notary Public

### Sheriff's Fees, if applicable
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ (_____ miles @ $_____ per mile) |
| Total | $ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-203   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:20-cv-06072-RK   Document 1-1   EXHIBIT A   Filed 05/14/20   Page 8 of 8