JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| JEANNE GRAHAM ; | WAL-MART STORES EAST I, LP ; |
| 1 Citizen of This State; | 2 Citizen of Another State; Arkansas |
| **County of Residence:** Buchanan County | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Buchanan County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Jeffrey Blackwood (JEANNE GRAHAM) | James Jarrow ( WAL-MART STORES EAST I, LP) |
| MONTEE LAW FIRM | Baker Sterchi Cowden & Rice, LLP |
| P.O. Box 127 | 2400 Pershing Road, Suite 500 |
| St. Joseph, Missouri 64502 | Kansas City, Missouri 64108 |
| **Phone:** (816) 364-1650 | **Phone:** 8164712121 |
| **Fax:** (816) 364-1509 | **Fax:** |
| **Email:** | **Email:** jarrow@bscr-law.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 2 Citizen of Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Buchanan County

    **State Removal Case Number:** 20BU-CV01504

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** 28 U.S.C. 1332, 1441, and 1446 There is complete diversity in this negligence matter.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** In excess of $25,000.

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

Case 5:20-cv-06072-RK   Document 1-2   Filed 05/14/20   Page 1 of 2

**Signature:** /s/ James R. Jarrow

**Date:** 5/14/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.