# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNE GRAHAM, | ) |
| Plaintiff, | ) Case No. 5:20-cv-06072 |
| v. | ) |
| WAL-MART STORES EAST I, LP, d/b/a WAL-MART #560 | ) |
| Defendant. | ) |

## DEFENDANT WALMART STORES EAST I, LP'S CORPORATE DISCLOSURE STATEMENT

Walmart Inc. is the parent corporation. Walmart Stores East, LP (which transacts business in Missouri at Walmart Stores East I, LP (Walmart Stores East I, LP is not a legal entity)) is a subsidiary of Walmart Inc. There is no publicly traded corporation that otherwise owns ten percent or more of this corporation.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE LLC

*s/James R. Jarrow*
James R. Jarrow     MO# 38686
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone 816.471.2121
Facsimile  816.472.0288
Email:     jarrow@bscr-law.com

ATTORNEY FOR DEFENDANT
WALMART STORES EAST I, LP

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2020 a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which will send electronic notification of filing to all counsel of record, and U.S. Mail to:

Jeffrey Blackwood, Esq.
MONTEE LAW FIRM P.C.
PO Box 127
St. Joseph, MO 64502
jblackwood@monteelawfirm.com
ATTORNEY FOR PLAINTIFF

                                                           *s/James R. Jarrow*