# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JEANNE GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:20-cv-006072-RK |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST I, LP, | ) | |
| d/b/a WAL-MART #560 | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Gregorio V. Silva of Baker Sterchi Cowden & Rice LLC hereby enters his appearance as additional counsel of record on behalf of defendant Wal-Mart Stores East 1, LP d/b/a Wal-Mart #560 in the above-captioned matter.

Respectfully submitted,

_s/Gregorio V. Silva_

| | |
|---|---|
| James R. Jarrow | MO # 38686 |
| Gregorio V. Silva | MO # 71742 |

BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
E-mail: jarrow@bscr-law.com
gsilva@bscr-law.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES EAST I, LP

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court on this 28th day of May, 2020, which will send notification of same to all counsel of record:

Jeffrey Blackwood, Esq.
Montee Law Firm, P.C.
P.O. Box 127
St. Joseph, MO 64502
ATTORNEY FOR PLAINTIFF

                                        *s/ Gregorio V. Silva*