UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNE GRAHAM, | ) |
|          **Plaintiff,** | ) |
| v. | ) Case No. 5:20-cv-06072 |
| WAL-MART STORES EAST I, LP, d/b/a WAL-MART #560, | ) |
|          **Defendant.** | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that Defendant Wal-Mart Stores East I, LP's Initial Disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), was served on the 17th day of June, 2020, via electronic mail to the following counsel of record:

Jeffrey Blackwood, Esq.
Montee Law Firm, P.C.
P.O. Box 127
St. Joseph, MO 64502
jblackwood@monteelawfirm.com
ATTORNEY FOR PLAINTIFF

                                      Respectfully submitted,

                                      *s/ Gregorio V. Silva*
                                      James R. Jarrow            MO # 38686
                                      Gregorio V. Silva          MO # 71742
                                      BAKER STERCHI COWDEN & RICE LLC
                                      2400 Pershing Road, Suite 500
                                      Kansas City, MO 64108
                                      Telephone:   (816) 471-2121
                                      Facsimile:    (816) 472-0288
                                      E-mail:       jarrow@bscr-law.com
                                                              gsilva@bscr-law.com

                                      ATTORNEYS FOR DEFENDANT
                                      WAL-MART STORES EAST I, LP

1

## CERTIFICATE OF SERVICE

I certify that on this 18th day of June 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, which will send notification to all counsel of record.

*s/ Gregorio V. Silva*
