**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JEANNE GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:20-cv-06072-RK |
| | ) | |
| WAL-MART STORES EAST I, LP | ) | |
| d/b/a WAL-MART #560 | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT DESIGNATION OF MEDIATOR

The parties have scheduled and hereby designate Mr. Vincent (Mike) Igoe of Withers,

Brant, Igoe & Mullennix, P.C. to mediate this matter on August 12, 2020 at 10:00 a.m. at the

offices of Withers, Brant, Igoe & Mullennix, P.C., 2 S Main St, Liberty, MO 64068.


Dated: June 18, 2020


Respectfully submitted,                          Respectfully submitted,


 /s/  Jeffrey Blackwood                            /s/  Gregorio V. Silva

Jeffrey Blackwood, MO#71445             James R. Jarrow     MO # 38686
James Montee, MO #33489                    Gregorio V. Silva   MO # 71742
Amanda Blackwood, MO #65054           BAKER STERCHI COWDEN & RICE LLC
MONTEE LAW FIRM, P.C.                    2400 Pershing Road, Suite 500
P.O. Box 127                                          Kansas City, MO 64108
St. Joseph, MO 64502                             Telephone:  (816) 471-2121
(816) 364-1650                                        Facsimile:  (816) 472-0288
(816) 364-1509 Fax                                E-mail:       jarrow@bscr-law.com
jblackwood@monteelawfirm.com                              gsilva@bscr-law.com
monteelaw@outlook.com
amontee@monteelawfirm.com                 ***ATTORNEYS FOR DEFENDANT***


***ATTORNEYS FOR PLAINTIFF***