UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNE GRAHAM, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST I, LP, d/b/a )<br>WAL-MART #560, )<br>)<br>  Defendant. ) | Case No. 5:20-cv-06072 |

## AMENDED NOTICE TO TAKE DEPOSITION OF JEANNE GRAHAM

TO: Jeffrey Blackwood, Esq.
Amanda Blackwood, Esq.
James Montee, Esq.
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
ATTORNEYS FOR PLAINTIFF

DEPONENT: JEANNE GRAHAM

DATE AND TIME: Thursday, December 3, 2020 @ 9:30 a.m.

LOCATION: Montee Law Firm, P.C.
1025 N. 22nd Street
St. Joseph, MO 64506

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Defendant Wal-Mart Stores East I, LP, will take the deposition upon oral examination of Jeanne Graham, commencing at the above-stated date and hour before a court reporter, an officer authorized to administer oaths, at which time any party or their attorney may appear and cross-examine if they see fit. The court reporter will be provided by Alaris Litigation, 1608 Locust St., Kansas City, MO 64108.

1

Respectfully Submitted,

*/s/ James R. Jarrow*

| | |
|---|---|
| James R. Jarrow | MO #38686 |
| Gregorio V. Silva | MO # 71742 |

BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone:   816.471.2121
Facsimile:   816.472.0288
Email:   jarrow@bscr-law.com
   gsilva@bscr-law.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES EAST I, LP

## CERTIFICATE OF SERVICE

I certify that on this 24th day of November, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of the same to the following counsel of record.

/s/ *James R. Jarrow*

2