UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANNE GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-06072 |
| ) | |
| WAL-MART STORES EAST I, LP, d/b/a ) | |
| WAL-MART #560, ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE TO TAKE DEPOSITION OF ALLEN CHRISWISSER

TO:      Jeffrey Blackwood, Esq.
           Amanda Blackwood, Esq.
           James Montee, Esq.
           MONTEE LAW FIRM, P.C.
           P.O. Box 127
           St. Joseph, MO 64502
           ATTORNEYS FOR PLAINTIFF

DEPONENT:    ALLEN CHRISWISSER

DATE AND TIME:    Thursday, December 3, 2020 @ 2:30 p.m.

LOCATION:    Montee Law Firm, P.C.
           1025 N. 22nd Street
           St. Joseph, MO 64506

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Defendant Wal-Mart Stores East I, LP, will take the deposition upon oral examination of Allen Chriswisser, commencing at the above-stated date and hour before a court reporter, an officer authorized to administer oaths, at which time any party or their attorney may appear and cross-examine if they see fit. The court reporter will be provided by Alaris Litigation, 1608 Locust St., Kansas City, MO 64108.

Respectfully Submitted,

*/s/ James R. Jarrow*
James R. Jarrow          MO #38686
Gregorio V. Silva         MO # 71742
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone:    816.471.2121
Facsimile:    816.472.0288
Email:        jarrow@bscr-law.com
               gsilva@bscr-law.com

ATTORNEYS FOR DEFENDANT
WAL-MART STORES EAST I, LP

## CERTIFICATE OF SERVICE

I certify that on this 24th day of November, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of the same to the following counsel of record.

**VIA US MAIL TO:**

Allen Chriswisser
611 W. Market St., Apt. 310
Savannah, MO 64485

                        /s/ *James R. Jarrow*

2